IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-03416-MSK

MICHAEL M. SELLERS,

    Plaintiff,

v.

KELLY SERVICES, INC.;
IBM CORPORATION, actually named as IBM Corp.,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 26th day of March, 2012.

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge