IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03416-WYD-KLM

MICHAEL M. SELLERS,

    Plaintiff,

v.

KELLY SERVICES INC., and
IBM CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Enter Amendment of Relief** [Docket No. 29; Filed June 20, 2012] (the "Motion to Enter") and on Defendant Kelly Services, Inc.'s **Motion to Appear by Telephone at Scheduling Conference** [Docket No. 31; Filed June 21, 2012] (the "Motion to Appear").

    As an initial matter, neither party has complied with D.C.COLO.LCivR 7.1A., which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

The Motion to Enter and the Motion to Appear may both be denied on this basis alone. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Enter [#29] and the Motion to Appear [#31] are **DENIED WITHOUT PREJUDICE**.

    Dated:  June 21, 2012