IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03416-WYD-KLM

MICHAEL M. SELLERS,

    Plaintiff,

v.

KELLY SERVICES INC., and
IBM CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Relief** [Docket No. 38; Filed June 26, 2012] (the "Motion"). Plaintiff's request for relief is indecipherable. It appears that he may be seeking to correct certain monetary statements or requests; however, he does not refer to any docket number which he is trying to correct, and there appears to be no corresponding section in his Second Amended Complaint [#7]. It is unclear what relief he is seeking from the Court on the basis of this filing. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#38] is **DENIED WITHOUT PREJUDICE**.

    Dated:  June 26, 2012