IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-03416-WYD-KLM

MICHAEL M. SELLERS,

    Plaintiff,

v.

KELLY SERVICES INC, and
IBM CORPORATION,

    Defendants.

**ORDER AFFIRMING AND ADOPTING
MAGISTRATE JUDGE'S RECOMMENDATION**

THIS MATTER is before the Court on Defendant IBM Corporation's Motion to Dismiss for Insufficient Service of Process [DE-15] and Defendant Kelly Services, Inc.'s Motion to Dismiss [DE-22].  The Court referred the motions to Magistrate Judge Kristen L. Mix for a recommendation [DE-16], which she issued on August 16, 2012 [DE-46]. Magistrate Judge Mix recommends that the Court grant the motions and dismiss Plaintiff's Amended Complaint without prejudice.  Specifically, the Court lacks personal jurisdiction over Defendant IBM and Plaintiff failed to state a claim for sexual harassment or discrimination against Defendant Kelly.  Noting that no objections have been filed,[1] and after reviewing the matter *de novo*, the Court will affirm and adopt Magistrate Judge Mix's

---

[1] The docket reflects that a copy of Magistrate Judge Mix's recommendation was returned to the Court as undeliverable to Plaintiff's address on file with the Court.  Plaintiff was required to notify the Court within five days after any change of address.  *See* D.C.COLO.LCivR 10.1(M).

well-written and thorough recommendation.  Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix dated August 16, 2012 (DE-46) is **AFFIRMED and ADOPTED**.  In accordance therewith, it is

FURTHER ORDERED that Defendant IBM Corporation's Motion to Dismiss for Insufficient Service of Process [DE-15] and Defendant Kelly Services, Inc.'s Motion to Dismiss [DE-22] are **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that this case is **CLOSED**.

Dated:  September 20, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge