IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03416-WYD-KLM

MICHAEL M. SELLERS,

      Plaintiff,

v.

KELLY SERVICES INC. and
IBM CORPORATION,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Magistrate Judge's Recommendation, filed on September 20, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

      ORDERED that the Recommendation of United States Magistrate Judge Kristen L. Mix dated August 16, 2012 (ECF Doc. No. 46) is affirmed and adopted.  It is further

      ORDERED that plaintiff's amended complaint and this civil action are dismissed without prejudice.

DATED at Denver, Colorado this 20th day of September, 2012.

                             FOR THE COURT:
                             JEFFREY P. COLWELL, CLERK

                             By: s/ Edward P. Butler
                             Edward P. Butler,
                             Deputy Clerk