UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03416-WYD-KLM

MICHAEL M. SELLERS,

     Plaintiff,

v.

KELLY SERVICES INC., and,
IBM CORPORATION,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     THIS MATTER is before the Court on plaintiff, Michael M. Sellers's, Minute Order Unopposed Motion For Relief [ECF No. 53], filed on January 11, 2013.

     On September 20, 2012, I issued an Order Affirming And Adopting Magistrate Judge's Recommendation [ECF No. 48]. In that Order, I affirmed and adopted Magistrate Judge Nix's recommendation and dismissed Sellers's Amended Complaint [ECF No. 7] without prejudice. The same day, the Clerk of Court's Office issued a judgment which dismissed this action without prejudice [ECF No. 49]. Both the September 20, 2012, Order [ECF No. 48] and the Clerk of Court's Judgment [ECF No. 49] were returned to the Court as "undeliverable" [ECF Nos. 50 & 51]. Sellers did not file a notice of change of address with the Court until January 11, 2013 [ECF No. 52], which was after the Court rendered judgment for the defendants. Because Sellers did not timely file a notice of change of address, and because this action was dismissed without prejudice on September 20, 2012, it is

     ORDERED that Sellers's motion [ECF No. 53] is **DENIED AS MOOT**.

     Dated:  January 14, 2013.